IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LORETTA SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 315-044 |
| | ) | (Formerly CR 314-005) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**
_____

The above-captioned case is currently scheduled for an evidentiary hearing on March 7, 2016, to address Petitioner's claims her counsel failed to consult her regarding an appeal and failed to file an appeal. (Doc. no. 10.) Petitioner has now filed a motion to dismiss her case in its entirety. (Doc. no. 13.) As such, the March 7, 2016 evidentiary hearing is **CANCELLED**. The Court awaits word from Respondent concerning whether they object to dismissal pursuant to Fed. R. Civ. P. 41(a).

SO ORDERED this 3rd day of March, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA